■ In the Matter of ELAINE WOLF, Respondent, v. MURRAY WOLF, Appellant.— Order of the Family Court, Queens County, dated October 31, 1968, modified, on the law and the facts and in the exercise of discretion, by reducing to $40 a week the amount awarded for the support of each child. As so modified, order affirmed, without costs. In our opinion the evidence in the record does not warrant increasing the amount of support for each child to more than $40 a week. Christ, Acting P. J., Brennan, Hopkins, Munder and Martuscello, JJ., concur.